IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:23-cv-213-CEM-DCI

CHRISTOPHER GETLEY, an individual,
DEBORAH WILSON, an individual, and
DEBORAH OLIVIA WILSON AND
CHRISTOPHER GETLEY TRUST,

    Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,
a Foreign Profit Corporation,

    Defendant.
_____/

## AMENDED COMPLAINT

Plaintiffs, CHRISTOPHER GETLEY, DEBORAH WILSON and DEBORAH OLIVIA WILSON AND CHRISTOPHER GETLEY TRUST, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 1.190(a), hereby files this Amended Complaint, sues Defendant, SCOTTSDALE INSURANCE COMPANY, and states the following in support thereof:

### PARTIES, JURISDICTION & VENUE

1. This is an action for damages which exceed Fifty Thousand Dollars ($50,000.00).

2. At all times material hereto, Plaintiffs, Christopher Getley and Deborah Wilson, resided in Orange County, Florida, at the property located at 8216 Courtleigh Dr., Orlando, FL 32835 (the "Property").

3. At all times material hereto, Plaintiff, Deborah Olivia Wilson and Christopher Getley Trust was legal entity that owned the Property.

4. At all times material hereto, Defendant, Scottsdale Insurance Company, was a Foreign Profit Corporation, registered to do business in Florida and conducting business in Orange

County, Florida.

5. Venue is proper in Orange County, Florida, because the contract, which forms the subject matter of this lawsuit, was executed in Orange County, Florida, the subject property is located in Orange County, Florida, and Defendant has engaged in substantial and not isolated activity within Orange County, Florida, pursuant to Fla. Stat. §§ 47.011 and 48.193.

**GENERAL ALLEGATIONS**

6. At all times material hereto, in consideration of a premium paid by Plaintiffs, there was in full force and effect a certain homeowners insurance policy issued by Defendant with a policy number of HOS 1886529 ("Policy"). The Policy is attached hereto as **Exhibit A**.

7. Accordingly, under the terms of the Policy, the Defendant agreed to provide insurance coverage to Plaintiffs' Property against certain losses.

8. On or about April 7, 2022, while the Policy was in full force and effect, the Property sustained a covered loss as a result of wind, wind-driven rain, or hail ("Loss").

9. Shortly thereafter Plaintiffs reported the Loss to the Defendant.

10. Defendant assigned claim number 92098971 and inspected the Property.

11. Subsequently, Defendant failed to adequately indemnify Plaintiffs for the Loss.

12. By its failure to tender an appropriate amount to repair the Property, Defendant has materially breached the Policy.

13. Defendant failed to properly indemnify Plaintiffs for Plaintiffs' losses stemming from the Loss.

14. Plaintiffs suffered and continues to suffer damages resulting from Defendant's breach of the Policy.

15. Plaintiffs were obligated to retain the undersigned attorneys for the prosecution of

this action and is entitled to reasonable attorneys' fees pursuant to Fla. Stat. § 627.428.

16. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## COUNT 1 - BREACH OF CONTRACT

17. Plaintiffs reincorporate paragraphs one (1) through sixteen (16) as if fully set forth herein.

18. It is undisputed that Plaintiffs, Christopher Getley and Deborah Wilson, Defendant entered into a written contract, the Policy, wherein Plaintiffs agreed to pay a premium and in exchange Defendant agreed to insure the Property.

19. It is undisputed that Plaintiff, Deborah Olivia Wilson and Christopher Getley Trust, is the Owner of the Property.

20. Plaintiffs paid all premiums due and owing as contemplated by the Policy, thus, fully performing Plaintiffs' obligations under the Policy.

21. Further, at all times material hereto, Plaintiffs satisfied all post-loss obligations accorded in the Policy, including but not limited to: (i) promptly reporting the Loss to Defendant; (ii) providing all documents in Plaintiffs' possession and control; and (iii) making the property available for inspection.

22. Defendant failed to properly indemnify Plaintiffs for Plaintiffs' losses stemming from the covered peril.

23. As a result of the foregoing, Defendant breached the Policy.

24. As a direct and proximate result of Defendant's breach of the Policy, Plaintiffs sustained damages.

WHEREFORE, Plaintiffs, CHRISTOPHER GETLEY, DEBORAH WILSON, and DEBORAH OLIVIA WILSON AND CHRISTOPHER GETLEY TRUST respectfully requests that this Honorable Court enter judgment against Defendant for damages, plus interest, court costs and reasonable attorneys' fees pursuant to Fla. Stat. § 627.428, and finding that the drafts for insurance proceeds comply with Fla. Stat. § 627.70121.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on any and all issues so triable in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail on February 22, 2023, to the known counsel of record.

> **The Law Offices of Carrington Jones, PLLC**
> *Counsel for the Plaintiffs*
> 3333 S. Orange Ave., Suite 104
> Orlando, FL 32806
> T: 407.232.8928
> F: 407.232.7748
> Email: Kai@Kpt-pa.com
> Kfranklin@Kpt-pa.com
> Carrington@mylawyercan.com
>
> By: ***/s/ Kai P. Thompson, Esq.***
> Kai P. Thompson, Esq., Of Counsel
> Fla. Bar No.: 121699

## SERVICE LIST

**Carrington Jones, Esquire**
**Julianna L. Weiss, Esquire**
THE LAW OFFICES OF CARRINGTON JONES, PLLC
*Counsel for the Plaintiffs*
3333 S. Orange Ave., Suite 104
Orlando, FL 32806
T: 407.232.8928
F: 407.232.7748
Email: Carrington@mylawyercan.com
Julianna@mylawyercan.com
GVelez@mylawyercan.com

       Paul@mylawyercan.com

**Julia G. Young, Esquire**
**Sara D. McLaughlin, Esquire**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
*Counsel for Defendant, Scottsdale Insurance Company*
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 203-7599
Facsimile: (407) 648-1376
Email: Julia.young@wilsonelser.com
       Sara.mclaughlin@wilsonelser.com
       Susan.baughman@wilsonelser.com
       Heather.sadusky@wilsonelser.com