UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER GETLEY,**
**DEBORAH WILSON and**
**DEBORAH OLIVIA WILSON**
**AND CHRISTOPHER GETLEY**
**TRUST,**

        **Plaintiffs,**

v.                                Case No.  6:23-cv-213-CEM-DCI

**SCOTTSDALE INSURANCE**
**COMPANY,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Mediation Report (Doc. 32), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2024.



Copies furnished to:

Counsel of Record